Civil Action No.   2:24-cv-00778-PHX-DLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ERNESTO DE HARO

was received by me on *(date)*   4/10/24   .

☒  I personally served the summons on the individual at *(place)*

2618 N 31ST ST, PHOENIX, AZ 85008   on *(date)*  4/16/2024 @ 2:23 PM   ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*   , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*   ; or

My fees are $   for travel and $   for services, for a total of $   .

I declare under penalty of perjury that this information is true.

Date:   4/16/2024

_____
*Server's signature*

CHRISTOPHER LYONS Certified Process Server
MARICOPA County License #: MC8768

*Printed name and title*

240 E. COURY AVE, STE 130, MESA, AZ 85210

*Server's address*

Additional information regarding attempted service, etc:
Sex: Male       Color of skin: Hispanic   Color of hair: Brown     Glasses: No
Age: 25 - 30 Yrs.       Height: 5'7" - 5'9'       Weight: 161-200 Lbs.       Other Features:

Documents For Service
SUMMONS IN A CIVIL ACTION; COMPLAINT

48197


# ASAP Serve, LLC

240 E. COURY AVE, STE 130, MESA, AZ 85210          Phone 480-821-1552  --  FAX (480) 639-6462

# PAID

**Due upon receipt**
Invoice Date: 4/17/2024
Invoice #: 48197
Job#: 48197
Client File#: 11565

Attn:

CREWS, JASON
164 W LAUREL COURT
GILBERT, AZ 85233

**TOTAL INVOICE AMOUNT DUE**

$0.00

- - - - - - -                                                                    - - - - - - -

THANK YOU FOR YOUR BUSINESS.

---

**Job #:**  48197          **Your #:**   11565
**Plaintiff:**  JASON CREWS
**Defendant:**  ROSEWOOD REALTY LLC, et al.
**Case Number** 2:24-cv-00778-PHX-DLR
**Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT

**Recipient:**
ERNESTO DE HARO
**Person Served:**
ERNESTO DE HARO
2618 N 31ST ST, PHOENIX, AZ 85008

**Date Received:**
4/10/2024
**Completed:**
4/16/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| ROUTINE SERVICE OF PROCESS | 1 | $79.00 | $79.00 |
| CREDIT CARD PROCESSING FEE | 1 | $3.16 | $3.16 |
| | | **Job Total Due =** | $0.00 |
| 4/10/2024      Payment Check # | | | $-82.16 |
| | | **Job Total Recd =** | -$82.16 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | **$82.16** |
| **TOTAL INVOICE PAYMENTS:** | **-$82.16** |
| **TOTAL INVOICE AMOUNT DUE:** | **$0.00** |