Civil Action No.    2:24-cv-00778-PHX-DLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ROSEWOOD REALTY LLC__
was received by me on *(date)* __4/10/24__ .

☐ I personally served the summons on the individual at *(place)* ____
__2618 N 31ST ST, PHOENIX, AZ 85008__ on *(date)* ____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____
____ , a person of suitable age and discretion who resides there,
on *(date)* ____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __ERNESTO DE HARO, MEMBER__ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____
__ROSEWOOD REALTY LLC__
on *(date)* __4/16/2024 @ 2:24 PM__ ; or

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____ .

I declare under penalty of perjury that this information is true.

Date: __4/16/2024__

*Server's signature*

CHRISTOPHER LYONS Certified Process Server
MARICOPA County License #: MC8768
*Printed name and title*

240 E. COURY AVE, STE 130, MESA, AZ 85210
*Server's address*

Additional information regarding attempted service, etc:
Sex: Male        Color of skin: Hispanic   Color of hair: Brown    Glasses: No
Age: 25 - 30 Yrs.        Height: 5'7" - 5'9'        Weight: 161-200 Lbs.        Other Features:

Documents For Service
SUMMONS IN A CIVIL ACTION; COMPLAINT

48196

 **ASAP SERVE, LLC**

240 E. COURY AVE, STE 130, MESA, AZ 85210        Phone 480-821-1552 -- FAX (480) 639-6462

# PAID

Attn:
CREWS, JASON
164 W LAUREL COURT
GILBERT, AZ 85233

Due upon receipt
Invoice Date: 4/17/2024
Invoice #: 48196
Job#: 48196
Client File#: 11566

**TOTAL INVOICE AMOUNT DUE**
$0.00

THANK YOU FOR YOUR BUSINESS.

Job #: 48196     Your #: 11566
Plaintiff: JASON CREWS
Defendant: ROSEWOOD REALTY LLC, et al.
Case Number 2:24-cv-00778-PHX-DLR
Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT

Recipient:
ROSEWOOD REALTY LLC
Person Served:
ERNESTO DE HARO
2618 N 31ST ST, PHOENIX, AZ 85008

Date Received:
4/10/2024
Completed:
4/16/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| ROUTINE SERVICE OF PROCESS | 1 | $79.00 | $79.00 |
| CREDIT CARD PROCESSING FEE | 1 | $3.16 | $3.16 |
| | | Job Total Due = | $0.00 |
| 4/10/2024   Payment Check # | | | $-82.16 |
| | | Job Total Recd = | -$82.16 |

**TOTAL INVOICE CHARGES:**           $82.16
**TOTAL INVOICE PAYMENTS:**          -$82.16
**TOTAL INVOICE AMOUNT DUE:**        $0.00