Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Rosewood Realty, LLC, *et al.*<br><br>　　　　　　Defendants. | Case No.: CV-24-00778-PHX-DLR<br><br>Plaintiffs Notice of Service of this Court's April 10, 2024 (Doc. 7) Order Upon All Defendants<br><br>DEMAND FOR JURY TRIAL |

　　　Pursuant to this Court's April 10, 2024, (Doc. 7) Order, Plaintiff hereby notifies the Court that Rosewood Realty, LLC and Ernesto De Haro have been served a copy of the same via USPS first class mail.

Dated this April 17, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/Jason Crews*
　　　　　　　　　　　　　　　　　　　　　　　　Jason Crews

1