1  Jason Crews
2  1515 N. Gilbert Rd
   Gilbert, AZ 85234
3  602-295-1875
   Jason.crews@gmail.com
4
5
6                    UNITED STATES DISTRICT COURT
7                     FOR THE DISTRICT OF ARIZONA
8                          PHOENIX DIVISION
9

| 10 | Jason Crews, | Case No.: CV-24-00778-PHX-DLR |
|---|---|---|
| 11 | Plaintiff, | |
| 12 | v. | Request For Entry of Default for Ernesto De Haro |
| 13 | Ernesto De Haro,*et al.* | |
| 14 | Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against of Default for Rosewood Realty. In support of his request, Crews states as follows:

- The summons for Ernesto De Haro was issued April 9, 2024.
- Service was completed to Ernesto De Haro on April 16, 2024.
- Proof of service was filed for Ernesto De Haro on April 17, 2024, Doc. 9.
- Pursuant to Rule 12 (A)(1)(a) Ernesto De Haro had 21 days to serve their answer.
- No answer, motion, or responsive pleading has been filed within the time limit fixed by the court.
- Plaintiff has no reason to belive Ernesto De Haro an infant or an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that it is not currently in the military service of the United States.

1

Dated this May 11, 2024.

                                                                                                        */s/Jason Crews*

                                                                                                     Jason Crews


**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
ROSEWOOD REALTY, LLC
4046 W NORTHVIEW AVE,
PHOENIX, AZ 85051

AND

ERNESTO DE HARO
2618 N 31ST ST,
PHOENIX, AZ, 85008

By:         */s/Jason Crews*

      Jason Crews