Jason Crews
1515 N. Gilbert Rd
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: CV-24-00778-PHX-DLR |
|---|---|
| Plaintiff, | |
| v. | Declaration of Jason Crews |
| Rosewood Realty, LLC, *et al.* | In Support of Entry Of Default Ernesto De Haro |
| Defendants. | |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Ernesto De Haro, was served a copy of the summons and complaint April 10, 2024.

3. Ernesto De Haro, was required to file an answer no later than May 7, 2024.

4. No answer has been received.

Ernesto De Haro is a corporation, and is neither an infant nor an incompetent person.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

///

1

Dated this May 11, 2024.

                                                                       */s/Jason Crews*

                                                                       Jason Crews


**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.


**COPIES** of the forgoing were mailed via USPS to
Rosewood Realty, LLC
1855 E Southern Ave #210
Mesa AZ

AND

Ernesto De Haro
2618 N 31st
Phoenix, AZ 85008
Mesa AZ

By:         */s/Jason Crews*

     Jason Crews

2