Jason Crews
1515 N. Gilbert Rd
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>Plaintiff,<br><br>v.<br><br>Rosewood Realty, LLC, *et al.*<br><br>Defendants. | Case No.: CV-24-00778-PHX-DLR<br><br>Request For Entry of Default for Rosewood Realty, LLC |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against of Default for Rosewood Realty. In support of his request, Crews states as follows:

- The summons for Rosewood Realty, LLC was issued April 9, 2024.
- Service was completed to Rosewood Realty, LLC on April 16, 2024.
- Proof of service was filed for Rosewood Realty, LLC on April 17, 2024, Doc. 10.
- Pursuant to Rule 12 (A)(1)(a) Rosewood Realty, LLC had 21 days to serve their answer.
- No answer, motion, or responsive pleading has been filed within the time limit fixed by the court.
- Rosewood Realty, LLC is a corporation, and it is neither an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA

1

website, and it has indicated that it is not currently in the military service of the United States.

Dated this May 11, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
ROSEWOOD REALTY, LLC
4046 W NORTHVIEW AVE,
PHOENIX, AZ 85051

AND

ERNESTO DE HARO
2618 N 31ST ST,
PHOENIX, AZ, 85008

By: /s/*Jason Crews*

Jason Crews

2