IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                Plaintiff,<br><br>v.<br><br>Rosewood Realty LLC, et al.,<br><br>                Defendants. | NO. CV-24-00778-PHX-DLR<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Rosewood Realty LLC.

DEFAULT ENTERED this 13th day of May, 2024.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

May 13, 2024

                                                s/ K. James
                                     By   Deputy Clerk