Jason Crews
1515 N. Gilbert Rd
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00778-PHX-DLR |
| Plaintiff, | |
| v. | Request For Entry of Default for Ernesto De Haro |
| Ernesto De Haro,*et al.* | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against of Default for Ernesto De Haro. In support of his request, Crews states as follows:

- The summons for Ernesto De Haro was issued April 9, 2024.
- Service was completed to Ernesto De Haro on April 16, 2024.
- Proof of service was filed for Ernesto De Haro on April 17, 2024, Doc. 9.
- Pursuant to Rule 12 (A)(1)(a) Ernesto De Haro had 21 days to serve their answer.
- No answer, motion, or responsive pleading has been filed within the time limit fixed by the court.
- Plaintiff has no reason to believe Ernesto De Haro an infant or an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that it is not currently in the military service of the United States.

1

Dated this May 13, 2024.

                                                        */s/Jason Crews*

                                                      Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
ROSEWOOD REALTY, LLC
4046 W NORTHVIEW AVE,
PHOENIX, AZ 85051

AND

ERNESTO DE HARO
2618 N 31ST ST,
PHOENIX, AZ, 85008

By:           */s/Jason Crews*
      Jason Crews

2