# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | NO. CV-24-00778-PHX-DLR |
| Plaintiff, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| Rosewood Realty LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Ernesto DeHaro.

DEFAULT ENTERED this 14th day of May, 2024.

Debra D. Lucas
District Court Executive/Clerk of Court

May 14, 2024

By  s/ K. James
    Deputy Clerk