Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00778-PHX-DLR |
| Plaintiff, | |
| v. | Plaintiff's Motion to Withdraw Plaintiff First Motion for Default Judgment |
| Rosewood Realty, LLC, *et al.* | |
| Defendants. | |

### **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Pursuant to this Court's Order (Doc. 19) Plaintiff hereby respectfully moves the Court to withdraw Plaintiff's first Motion for Default Judgment (Doc. 18). Pursuant to that order, Plaintiff will file Second Motion for Default Judgment at a later time.

Dated: **April 21, 2024**

By:      /s/*Jason Crews*

Jason Crews

///

1

1 | **COPIES** of the forgoing were filed with the court
2 | electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
ROSEWOOD REALTY, LLC
4046 W NORTHVIEW AVE,
PHOENIX, AZ 85051

AND

ERNESTO DEHARO
2618 N 31ST ST,
PHOENIX, AZ, 85008

By: _____/s/*Jason Crews*_____
      Jason Crews