Jason Crews
1515 N. Gilbert Rd
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00778-PHX-DLR |
| Plaintiff, | |
| v. | [PROPOSED] Order |
| Rosewood Realty, LLC *et al.* | |
| Defendants. | |

Before the Court is Motion to Withdraw Plaintiff First Motion for Default Judgment. Having considered the application and finding good cause,

- **It is ordered** the motion is granted.

**IT IS SO ORDERED**.

Dated: _____

_____

Hon. Douglas L. Rayes
United States District Judge

1