# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-00778-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Rosewood Realty LLC, et al., | |
| Defendants. | |

The Court having reviewed Plaintiff's Motion to Withdraw his motion for default judgment (Doc. 20), and finding good cause;

**IT IS ORDERED** that Plaintiff's motion to withdraw (Doc. 20) is **GRANTED**. Plaintiff's Motion for Default Judgment (Doc. 18) is hereby withdrawn.

Dated this 20th day of May, 2024.

Douglas L. Rayes
United States District Judge