Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00778-PHX-DLR |
| Plaintiff, | |
| v. | Declaration of Jason Crews in Support of Plaintiff's Third Motion for Default Judgment |
| Rosewood Realty, LLC, *et al.* | |
| Defendants. | |

    1.    My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

    2.    My residential telephone number 602-295-1875 is on the National Do-Not-Call Registry and have been for at least 31 days prior to the calls in this action.

    3.    I am charged for the calls I receive on that number.

    4.    The numbers are private, residential numbers used for personal, family, and household purposes.

    5.    In anticipation of the attached Motion for Default Judgment, I have reviewed my telephone billing records for the numbers. I have identified eight telephone calls from the Defendants. All of those calls were placed using an Automatic Telephone Dialing System and transmitted a prerecorded message, as more fully described in the Complaint

6. Service for the Defendants totaled $164.13, as evidenced by the returns of service.

7. I also paid the $405 filing fee for this action to the Clerk of Court.

8. Based on my calling records, I allege eight violations of 47 U.S.C. § 227(b)(1)(A) and eight violations of 47 U.S.C. § 227(b)(1)(B). Accordingly, I am entitled to $24,000 in statutory and treble damages based on these violations.

9. I am requesting a default judgment be entered in my favor in the amount of $24,596.13, representing the sum of my service fees, the filing fee, and the statutory damages.

10. The corporate Defendant in this action is a corporation and is therefore not an infant, incompetent person, or in the military service of the United States.

11. The individual Defendant in this action, Ernesto DeHaro, is a business owner, and I have no reason to believe he is either an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that Defendant Ernesto DeHaro is not currently in the military service of the United States.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated this March 11, 2025.

*/s/Jason Crews*

Jason Crews

///

2

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
ROSEWOOD REALTY, LLC
4046 W NORTHVIEW AVE,
PHOENIX, AZ 85051

AND

ERNESTO DEHARO
2618 N 31ST ST,
PHOENIX, AZ, 85008

By: _____/s/*Jason Crews*_____
     Jason Crews