Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-183 - 75
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00778-PHX-DLR |
| Plaintiff, | |
| v. | [PROPOSED] Order |
| Rosewood Realty, LLC, *et al.* | |
| Defendants. | |

Before the Court is Motion to Withdraw Plaintiff First Motion for Default Judgment. Having considered the application and finding good cause,

**IT IS ORDERED** granting Plaintiff's Third Motion for Default Judgment as to Defendants Rosewood Realty, LLC and Ernesto DeHaro (Doc. ___).

**IT IS FURTHER ORDERED** that Judgment be entered in favor of Plaintiff and against the above noted Defendants jointly and severally in the amount of $24,596.13, which amount includes the following authorized components: $24,000 in statutory damages, which is calculated over the eight distinct ATDS-administered calls (8) and eight distinct calls to a number listed on the do-not-call registry (8), assessed at $500 per violation, and here each trebled due to willfulness of Defendants; $402 in filing fees; and $164.13 in service fees.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case upon entry of judgment.

**IT IS SO ORDERED**.

Dated: _____

_____

Hon. Douglas L. Rayes
United States District Judge