# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Rosewood Realty LLC, et al.,<br><br>　　　　Defendants. | **NO. CV-24-00778-PHX-DLR**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Rosewood Realty, LLC and Ernesto DeHaro jointly and severally, in the amount of $22,566.13.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 3, 2025

　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　By　　　Deputy Clerk